**THIS IS** *(handwritten)* **CORRECT** *(handwritten)*

*CREDIT MATRIX* *(handwritten)*

**CREDITOR MATRIX    CHAPTER 13 CASE NO - 16-33795-KRH**
**MICHAEL T BRANIN    ELIZABETH L BRANIN**

*EB 09/13/16* *(handwritten)*

Commonweath of VA
Dept of Taxation
PO BOX 1880
Richmond, VA  23218-1880

County of Chesterfield
Treasurers Office
PO Box 70
Chesterfield , VA   23832

Dominion Power
PO Box 26543
Richmond, VA   23290-0001

OCWEN LOAN SERVICING LLC
PO Box 2478
West Palm Beach, FL  33416-4781

VERIZON
500 Technology Drive
Suite 550
Weldon  Spring, MO  63304-2225

*CORRECT* *(handwritten)*

Virginia  Employment Commission
PO BOX 26971
Richmond, VA  23261-6971