UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division



In re                                    Case No. 16-33795

**Michael Thomas Branin**

**Eliabeth Lynn Branin**         Chapter   13

Debtor(s)

## MOTION TO VACATE ORDER OF DISMISSAL

*Michael Thomas Branin and Eliazbeth Lynn Branin Debtors Have Filed a Motion to vacate the order of Dismissal for the purpose of continuing with the Bankruptcy Case No 16-33795-KRH. The debtors have requested that the Order of Dismissal is Vacated f In order for an Bankruptcy Lawyer to properly represent and  to properly monitor administer and maintain all  requirements of the United States Bankruptcy Court and the requirements and procedures of the Trustee and any and all others as required for the duration of the Chapter 13 plan.*

**\*\*Notice of Motion\*\***

_Michael Thomas Branin_ has filed papers with the Court to _VACATE ORDER OF DISMISSA Case No. 16-33795-KRH_
_Your rights may be affected._ *You should read these papers carefully and discuss them with your attorney, if you*
have
**one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion Vacate Order of Dismissal
, or if you want the Court to consider your views on the motion, then on or before _include date 14 days from date of service_
, you or your attorney must:

> File with the Court, at the address shown below, a written response
> pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H). If
> you mail your response to the Court for filing, you must mail it early
> *enough so the Court will receive it on or before the date stated above.*

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, Virginia 23219

You must also mail a copy to:
Michael Thomas Branin
11612 Wood Bluff Loop North Chesterfield, Virginia 23236

Attend the preliminary hearing to be scheduled by the Clerk of Court, notice of which will be mailed at a later date.
**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the motion for relief from stay.**

## PROOF OF SERVICE

[Proof of Service must comply with Local Bankruptcy Rule 5005(C)(8)]

Date: Sept 27, 2016

Michael Thomas Branin
Counsel

*Elizabeth Lynn Branin*

[ver. 01/13]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond      Division

In re   Michael Thomas Branin

Elizabeth Lynn Branin

Case No.   16-33795-KRH

Chapter   13

Debtor(s)

## NOTICE OF HEARING

TO:   CHAPTER 13 TRUSTEE AND CREDITORS

On Sep 27, 2016    , Michael Thomas Branin and Elizabeth Lynn Branin     filed with the Court for Motion to Vacate Order of Dismissal.

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA  23219

Date:  **OCTOBER 12, 2016**

Time:  **12:00 NOON**

Date:  Sep 27, 2016

NOTICE GIVEN BY:

Michael Thomas Branin.

Counsel/Pro Se
Address:   11612 Wood Bluff Loop
N.Chesterfield,Va 23236

State Bar Number *[if applicable]*:
Telephone Number:  804-897-1658

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: September 27, 2016                                Signature _____

Michael Thomas Branin
11612 Wood Bluff Loop
N. Chesterfield, Va 23236
PRO SE

*Elizabeth Lynn Branin*

### Certificate of Service

I hereby certify that I have this 27th Day of September 2016 mailed or hand delivered a true copy of this Motion to Vacate Order of Dismissal
To the parties listed on the attached service list.

*Elizabeth Lynn Branin*

**CREDITOR MATRIX    CHAPTER 13  CASE NO - 16-33795-KRH**
**MICHAEL T BRANIN    ELIZABETH L BRANIN**

Commonweath of VA
Dept of Taxation
PO BOX 1880
Richmond, VA  23218-1880

County of Chesterfield
Treasurers Office
PO Box 70
Chesterfield , VA   23832

Dominion Power
PO Box 26543
Richmond, VA   23290-0001

OCWEN LOAN SERVICING LLC
PO Box 2478
West Palm Beach, FL  33416-4781

VERIZON
500 Technology Drive
Suite 550
Weldon Spring, MO  63304-2225

Virginia Employment Commission
PO BOX 26971
Richmond, VA  23261-6971